IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:04CR91 |
| JENNIFER ALARCON, | ) ) ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 82, now set for October 8, 2010, at 12:00 noon until a date certain in approximately two months. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 7th day of December, 2010, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated this 14th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge